# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

MARLIN LAWRENCE,　　　　　)
　　　　　　　　　　　　　　)
　　Petitioner,　　　　　　 )
　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　)　　Case No. CV405-40
　　　　　　　　　　　　　　)
HUGH SMITH, Warden,　　　　)
　　　　　　　　　　　　　　)
　　Respondent.　　　　　　 )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 11 day of July, 2005.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

Marlin Lawrence )

vs ) CASE NUMBER CV405-40

Hugh Smith, et al ) DIVISION SAVANNAH

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7-11-05, which is part of the official record of this case.

Date of Mailing: 7-11-05

Date of Certificate ☒ same date, or _____

Scott L. Poff, Clerk

By: Faye Harris
Deputy Clerk

**Name and Address**

Jason Fisher, 40 Capitol Sq., SW, Atlanta, Ga. 30334
Marlin Lawrence, Georgia State Prison, 2164 Highway 147, Reidsville, , Ga. 30499
Paula Smith, 40 Capitol Sq., SW, Atlanta, Ga. 30334

☐ Copy placed in Minutes
☒ Copy given to Judge
☐ Copy given to Magistrate